UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LOCAL 141 PLUMBERS & STEAMFITTERS HEALTH & WELFARE FUND, ET AL | CIVIL ACTION NO. 08-cv-0099 |
| VERSUS | JUDGE HICKS |
| GARY NORRIS PLUMBING, INC. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiffs have obtained entry of default. Plaintiffs are now directed to file, by **October 15, 2008**, a **Motion for Default Judgment** that is fully supported by affidavits, documentation or other evidence sufficient to prove the validity of service of process, the liability of defendant(s), and the extent of damages suffered. The motion shall be supported by a memorandum that explains the legal basis for liability and damages, and that states whether an evidentiary hearing is necessary under the rules explained in Leedo Cabinetry v. James Sales & Distribution, Inc., 157 F.3d 410, 414 (5th Cir. 1998). The motion must be accompanied by a proposed judgment. If plaintiffs fail to take the steps required by this order, the complaint may be dismissed for failure to prosecute.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 15th day of September, 2008.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE